SDD
F.# 2012R01329

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

KAREN HUNTER,

        Defendant.

------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 27 2016 ★

LONG ISLAND OFFICE

APPLICATION FOR
UNSEALING ORDER

Cr. No. 16-355 (DRH)(ARL)

      Robert L. Capers, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Seth D. DuCharme, makes this application to the Court for an unsealing order.

      In support of this application, applicant states the following:

      1.      On June 24, 2016, the government filed sealed notice pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure (the "Notice") informing the Clerk of the Court that the government intended to seek leave to file an Information with a judge to be assigned in the above-referenced case.

      2.      Thereafter, the case was assigned to the Honorable Denis R. Hurley and United States Magistrate Judge Arlene R. Lindsay.

      3.      Since June 24, 2016 when the Notice was filed, the parties have reached an agreement in principle with respect to disposition of the criminal case.

      4.      The parties recently learned that the matter has been referred to United States Magistrate Judge Lindsay for a court appearance on Monday, October 31, 2016.

5.  There is a qualified right to public notice of a potential resolution of this case, as well as to victim notification.

WHEREFORE, based on the foregoing, we request that this Court enter an order directing that the Notice filed on June 24, 2016 be unsealed.

Respectfully submitted,

Robert L. Capers
United States Attorney

By: _____ for SD.
Seth D. DuCharme
Assistant U.S. Attorney