NB:SDD
F. #2012R01329

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

KAREN HUNTER,

            Defendant.

- - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. _____
(T. 18, U.S.C., §§ 1030(a)(2)(C),
1030(c)(2)(A) and 3551 et seq.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 27 2016 ★
LONG ISLAND OFFICE

THE UNITED STATES ATTORNEY CHARGES:

UNAUTHORIZED ACCESS OF A COMPUTER

In or about February 2012, within the Eastern District of New York and elsewhere, the defendant KAREN HUNTER did knowingly and intentionally access a computer without authorization and thereby obtain information from a protected computer.

(Title 18, United States Code, Sections 1030(a)(2)(C), 1030(c)(2)(A) and 3551 et seq.)

_____
ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK