FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 31 2016 ★
LONG ISLAND OFFICE

BEFORE: ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE

DATE: Oct. 31, 2016
TIME ON: 2:30
TIME OFF: 3:00

Case No. 16CR355 (DRH)   Courtroom Deputy: Robert Imrie

Criminal Cause for **ARRAIGNMENT**

Defendant: **KAREN HUNTER**
Present ✓   Not Present ___   In Custody ___   On Bail/Bond ___

Attorney: **RANDI CHAVIS**   Ret'd ___   CJA ___   F.D. ✓

AUSA: **SETH DuCHARME**

Interpreter: —

ESR: 2:32 - 2:52

✓ Case Called   ✓ Counsel for all sides present.
✓ Arraignment Held.
✓ Defendant Pleads Guilty - ~~Not Guilty~~ to: **THE INFORMATION**
✓ Order Setting Conditions of Release and Bond entered.  ___ Special Conditions Apply.
___ Order of Detention entered.
___ Temporary Order of Detention entered.
✓ Probation Notified.

Next Court appearance scheduled for **TO BE SET AFTER THE PSR IS ISSUED**

NOTES: _____